Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRADLEY KLOCK,<br><br>                              Plaintiff,<br><br>    v.<br><br>CLEARLY LASIK, INC., a Nevada corporation; MICHAEL MOCKOVAK and HEATHER MOCKOVAK, and the marital community composed thereof; and JOSEPH KING and HOLLY KING, and the marital community composed thereof,<br><br>                              Defendants. | No. 09-CV-00123 RSM<br><br>**STIPULATION AND ORDER TO REMAND TO STATE COURT** |

## **STIPULATION**

Plaintiff Bradley Klock ("Plaintiff") and Defendants Clearly Lasik, Inc., et al., ("Defendants") stipulate to the following:

1.     Defendants removed this matter from King County Superior Court to this Court on January 27, 2009.

2.     On January 29, 2009, this Court issued an Order to Show Cause Re: Remand and asked the parties to address whether remand was appropriate under the "forum defendant rule" set forth in 28 U.S.C. § 1441(b). The Court noted that this is a procedural rule and that

STIPULATION AND ORDER
TO REMAND TO STATE COURT - 1
Case No. 09-CV-00123 RSM

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Plaintiff would waive this issue if no response was received by February 20, 2009.

    3.    On January 30, 2009, counsel for Defendants conferred with counsel for Plaintiff and indicated that Defendants would stipulate to a remand if Plaintiff did not want the matter in federal court.

    4.    On February 10, 2009, Plaintiff filed a response to the Order to Show Cause and requested remand.

    5.    Because Plaintiff did not waive the application of the forum defendant rule, the parties hereby stipulate that this Court should remand the present matter to King County Superior Court.

DATED this 17th day of February, 2009.

| CONNER & SARGENT PLLC | K&L GATES LLP |
|---|---|
| By /s/Anne-Marie E. Sargent<br>Anne-Marie E. Sargent, WSBA # 27160 | By /s/Patrick M. Madden<br>Patrick M. Madden, WSBA # 21356 |
| Connor & Sargent PLLC<br>1200 Fifth Avenue, Suite 1650<br>Seattle, WA 98101<br>Telephone: (206) 654-5050<br>Fax: (206) 654-0011<br>Email: aes@cslawfirm.net<br>Attorneys for Plaintiff<br>Bradley Klock | K&L Gates LLP<br>925 Fourth Ave., Suite 2900<br>Seattle, WA 98104-1158<br>Telephone: (206) 623-7580<br>Fax: (206) 623-7022<br>Email: patrick.madden@klgates.com<br>Attorneys for Defendants<br>Clearly Lasik, Inc., et al. |

STIPULATION AND ORDER
TO REMAND TO STATE COURT - 2
Case No. 09-CV-00123 RSM

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

# ORDER

Having considered the foregoing stipulation, the Court hereby directs the remand of this matter to King County Superior Court. IT IS SO ORDERED.

Dated this _18_ day of February, 2009.

*[signature]*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
TO REMAND TO STATE COURT - 3
Case No. 09-CV-00123 RSM

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022